UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CHARLES DEJUAN MORRIS,<br><br>　　　　　　　　　　Petitioner,<br><br>　　v.<br><br>ISIDORO BACA, *et al.*,<br><br>　　　　　　　　　　Respondents. | Case No. 3:13-cv-00137-MMD-VPC<br><br>ORDER |

This is an action initiated by Charles Dejuan Morris, a state prisoner, who has submitted a petition for writ of habeas corpus and an application to proceed in *forma pauperis* (dkt. no. 1). He has not, however, filed the required financial certificate signed by a properly authorized prison official. This action shall be dismissed without prejudice to petitioner filing another action with a complete application to proceed in *forma pauperis* or paying the $5 filing fee.

IT IS THEREFORE ORDERED that this action is DISMISSED without prejudice. The Clerk shall enter judgment accordingly.

DATED THIS 13th day of May 2013.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE