AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*        DISTRICT OF   NEVADA

CHARLES DEJUAN MORRIS,

    Petitioner,                    JUDGMENT IN A CIVIL CASE
V.

                              CASE NUMBER:  **3:13-cv-00137-MMD-VPC**

ISIDRO BACA, et al.,

    Respondents.

____ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

____ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed with prejudice for failure to pay the filing fee in compliance with this Court's order of September 19, 2013 (#13).

  January 15, 2014                                      **LANCE S. WILSON**
                                                                           Clerk

                                                                        /s/ D. R. Morgan
                                                                          Deputy Clerk