UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| CHARLES DEJUAN MORRIS,<br><br>             Petitioner,<br>   v.<br><br>ISIDRO BACA, et al.,<br><br>             Respondents. | Case No. 3:13-cv-00137-MMD-VPC<br><br>ORDER |

This action is a petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, by a Nevada state prisoner represented by counsel. Petitioner has filed an unopposed motion for an extension of time in which to file a first amended petition for a writ of habeas corpus. (Dkt no. 29.) Petitioner seeks an enlargement of time, up to and including January 9, 2015, to file the first amended petition. Good cause appearing, petitioner's motion is granted.

It is therefore ordered that petitioner's motion for an extension of time to file the first amended petition (dkt. no. 29) is granted. The first amended petition shall be filed on or before January 9, 2015.

DATED THIS 20th day of August 2014.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE