UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| CHARLES DEJUAN MORRIS, | Case No. 3:13-cv-00137-MMD-VPC |
|---|---|
| Petitioner, | ORDER |
| v. | |
| ISIDRO BACA, et al., | |
| Respondents. | |

On May 15, 2015, the Court granted the Motion (dkt no. 38) of Jeffrey S. Blanck to withdraw as counsel for the Petitioner. The Court has ordered that new counsel from the CJA panel be appointed forthwith to represent Petitioner in the place and stead of Mr. Blanck. (Dkt. no. 39.)

It is therefore ordered that David K. Neidert, Esq., 316 California Avenue, #420, Reno, NV 89509, (775) 742-2081, is hereby appointed to represent the Petitioner herein. Mr. Neidert is a Criminal Justice Act panel attorney for the United States District Court, District of Nevada. Mr. Neidert shall represent Petitioner in all future proceedings in this Court relating to this matter (including subsequent actions) and appeals therefrom, pursuant to 18. U.S.C. Section 3006A (a)(2)(B), until allowed to withdraw.

It is further ordered that the Clerk shall send a copy of this order to current counsel for Petitioner, to counsel for Respondents, to the Petitioner, and to the CJA Coordinator for this Division.

DATED THIS 27th day of May 2015.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE